■ In the Matter of the Claim of VIRGINIA MIGLIACCIO, Appellant. COCHRANE INSURANCE AGENCY, Respondent; COMMISSIONER OF LABOR, Respondent. [63 NYS3d 268]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 26, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur. Ordered that the decision is affirmed, without costs.